IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EARL MITCHELL JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CV3087 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY KOHL, Medical Director, | ) | **MEMORANDUM** |
| SHAWN LUEBBE, CHRISTINA | ) | **AND ORDER** |
| FERGENSON, DAN DANAHER, | ) | |
| and GARY HUSTAD, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed two motions as a result of a change in his "living situation," which caused copies of court orders from this case to be misplaced. Plaintiff requests copies of those orders (Filing No. 25), as well as additional time in which to file an amended complaint (Filing No. 26).

Because Plaintiff will need to reference the court's prior order on initial review to file an amended complaint, I shall grant Plaintiff's motions.

IT IS ORDERED:

1. Plaintiff's Motion Requesting Copies of the Judge's Memoranda and Orders (Filing No. 25) is granted, and the Clerk of Court shall send to Plaintiff a copy of Filing No. 21, the court's Memorandum and Order dated February 3, 2016.

2. Plaintiff's Motion for Extension of Time to File Amended Complaint (Filing No. 26) is granted, and Plaintiff shall file an amended complaint consistent with the instructions in the court's February 3, 2016, order (Filing No. 21) on or

before May 13, 2016. Failure to file an amended complaint shall result in dismissal of this action without further notice to Plaintiff.

3. The Clerk of Court shall set a pro se case management deadline as follows: May 16, 2016: check for amended complaint.

DATED this 7th day of April, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge